IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NEW PENN FINANCIAL, LLC | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ANTHONY GIGLIO, TAMMY TURNER, COLLEEN SCHOFIELD and CMG FINANCIAL | : | NO. 16-1827 |

## ORDER

**NOW**, this 3rd day of August, 2016, upon consideration of the Plaintiff's Motion for Sanctions for Defendants' Violations of the Temporary Restraining Order (Document No. 23), the defendant CMG Financial's response, the plaintiff's reply, CMG Financial's sur-reply, and after a hearing, it is **ORDERED** that the motion is **DENIED**.

    /s/Timothy J. Savage
TIMOTHY J. SAVAGE,  J.