IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NEW PENN FINANCIAL, LLC | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ANTHONY GIGLIO, TAMMY TURNER, COLLEEN SCHOFIELD and CMG FINANCIAL | : | NO. 16-1827 |

## ORDER

**NOW**, this 3rd day of August, 2016, upon consideration of the Defendant CMG Financial's Motion to Dissolve or Modify the Temporary Restraining Order Regarding Paul Akinmade's Employment With CMG (Document No. 22), the plaintiff's response, and after a hearing, it is **ORDERED** that the motion is **DENIED**.

    /s/Timothy J. Savage
TIMOTHY J. SAVAGE,  J.